# United States District Court
## for the
### Western District of New York

United States of America

v.

JEFFREY RICHARDS

*Defendant*

Case No. 19-CR-

**19 CR 106**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **Jeffrey Richards**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Narcotics Conspiracy, violation of Title 21, United States Code, Section 846. Possession with Intent to Distribute Acetyl Fentanyl and Fentanyl, violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B), and Title 18, United States Code, Section 2. Possession with Intent to Distribute Cocaine, violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). Possession with Intent to Distribute Marijuana, violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D). Possession with Intent to Distribute Alprazolam, violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(2). Maintaining a Drug-Involved Premises, violation of Title 21, United States Code, Section 856(a)(1). Manufacturing Controlled Substances Creating a Substantial Risk of Harm to Human Life, violation of Title 21, United States Code, Section 858 and Title 18, United States Code, Section 2. Unlawfully Making a Destructive Device, violation of Title 26, United States Code, Sections 5822, 5845(a)(8), 5845(f), 5845(i), 5861(f), and 5871. Unlawfully Possessing a Destructive Device, violation of Title 26, United States Code, Sections 5841, 5845(a)(8), 5845(f), 5861(d), and 5871. Unlawfully Possessing of a Destructive Device, violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(B)(ii), and 2. Possession of a Stolen Firearm, violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.

Date: MAY 17 2019

*Issuing officer's signature*

City and State: Buffalo, New York

MARY C. LOEWENGUTH
CLERK OF THE COURT
*Printed name and Title*

### Return

This warrant was received on (date) 5/23/2019, and the person was arrested on (date) 5/24/2019, at (city and state) Buffalo, NY.

Date: 5/24/2019

*Arresting officer's signature*

Jenelle C Yaeger, Invest. Research Spec
*Printed name and title*