IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

  v.                19-CR-106

JEFFREY RICHARDS,

    Defendant.

---

## GOVERNMENT'S EXHIBIT LIST

  **THE UNITED STATES OF AMERICA**, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and Brendan T. Cullinane, Assistant United States Attorney, of Counsel, hereby serves on the Court and counsel the Exhibit List for the evidentiary hearing in this matter.

  DATED:  Buffalo, New York, January 27, 2020.

              JAMES P. KENNEDY, JR.
              United States Attorney


      BY:  s/BRENDAN T. CULLINANE
          BRENDAN T. CULLINANE
          Assistant United States Attorney
          United States Attorney's Office
          Western District of New York
          138 Delaware Avenue
          Buffalo, New York  14202
          716/843-5875
          Brendan.Cullinane@usdoj.gov

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### EVIDENTIARY HEARING EXHIBIT LIST

Case No. : 19-CR-106     X  Government
Date: Jan. 27, 2020         ___ Defendant

| Ex. No. | DESCRIPTION | Marked for Identification | In Evidence |
|---|---|---|---|
| 1 | Search and Seizure Warrant, 18-mj-5274, dated December 14, 2018, at 3:02 p.m. | | |
| 2 | Video and audio recording of arrest of the defendant, dated December 14, 2018. | | |
| 3 | Photograph taken by the Federal Bureau of Investigation during the arrest of the defendant, dated December 14, 2018. | | |
| 4 | Evidence Recovery Log completed following the arrest of the defendant and recovery of firearm from defendant, dated December 14, 2018. | | |