UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                         19-CR-106-JLS-MJR

        v.

JEFFREY RICHARDS,
        Defendant.

## ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on March 30, 2020, this Court finds:

__X____That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

__X____Video Teleconferencing

_____Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    _____The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    _____Other:

    IT IS SO ORDERED.

DATED:     November 10, 2020
           Buffalo, NY

                                              /s/ *Michael J. Roemer*
                                              MICHAEL J. ROEMER
                                              U.S. Magistrate Judge